Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*
and those similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNA CHENG, individually and on behalf of all those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ALL STAR GENERAL INSURANCE AGENCY, INC., et. al.<br><br>Defendants. | Case No.:  3:19-cv-02352-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MANAGED CARE INC.** |

Plaintiff JOANNA CHENG, by and through her attorney, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that it voluntarily dismisses Defendant MANAGED CARE INC, d/b/a GALAXY HEALTH NETWORK, without prejudice, with each side bearing its own costs and attorney's fees.

Dated: October 21, 2019

Respectfully submitted,

PLAINTIFF JOANNA CHENG

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:  /s/ Mark L. Javitch          .
Mark L. Javitch (SBN 323729)
480 S. Ellsworth Ave
San Mateo CA 94401
Tel: 650-781-8000
Fax: 650-648-0705

*Attorney for Plaintiff*
*a*nd those similarly situated

2

3:19-cv-02352-JD