Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNA CHENG, an individual | Case No. 3:19-cv-02352-JD |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| ALL STAR GENERAL INSURANCE AGENCY, INC., a California corporation, FREEWAY INSURANCE SERVICES, INC., a California corporation, SACRAMENTO AUTO INSURANCE CENTER, INC., a California corporation, MANAGED CARE, INC. d/b/a GALAXY HEALTH NETWORK, an unknown business entity, AMERICAN WORKERS INSURANCE SERVICES, INC., a Texas corporation, JOHN DOE 1, an unknown business entity, et. al. | |
| Defendants. | |

NOW COMES THE PLAINTIFF, by and through her attorney, to respectfully notify this Honorable Court that this case has settled on an individual basis, and without prejudice to the putative class.  Plaintiff requests that this Honorable Court vacate all pending dates and deadlines.  Plaintiff requests the Court allow forty-five (45) days for the Parties to file a stipulation of dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

1

3:19-cv-02352-JD

| | | |
|---|---|---|
| 1 | Dated: November 21, 2019 | Respectfully submitted, |
| 2 | | By:  /s/ Mark L. Javitch                           . |
| 3 | | Mark L. Javitch (SBN 323729) |
| | | Javitch Law Office |
| 4 | | 480 S. Ellsworth Ave |
| | | San Mateo, CA 94401 |
| 5 | | Telephone: 650-781-8000 |
| | | Facsimile: 650-648-0705 |
| 6 | | mark@javitchlawoffice.com |
| | | Attorney for Plaintiff |