Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNA CHENG<br><br>    Plaintiff,<br><br>v.<br><br>ALL STAR GENERAL INSURANCE AGENCY, INC., a California corporation, FREEWAY INSURANCE SERVICES, INC., a California corporation, SACRAMENTO AUTO INSURANCE CENTER, INC., a California corporation, et. al., MANAGED CARE, INC. d/b/a GALAXY HEALTH NETWORK, an unknown business entity, AMERICAN WORKERS INSURANCE SERVICES, INC., A Texas corporation, JOHN DOE 1, an unknown business entity<br><br>    Defendants. | Case No.: 3:19-cv-02352-JD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now Comes Plaintiff, in her individual capacity, and Defendants ALL STAR GENERAL

INSURANCE AGENCY, INC., FREEWAY INSURANCE SERVICES, INC., and SACRAMENTO

AUTO INSURANCE CENTER, INC., who, by and through their undersigned respective attorneys, and

1

pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims with prejudice, with each side bearing its own costs and attorney's fees.

Dated: December 27, 2019

                Respectfully submitted,

                By: /s/ Mark L. Javitch
                Mark L. Javitch (CA SBN 323729)
                Javitch Law Office
                480 S. Ellsworth Ave.
                San Mateo, CA 94401
                Telephone: 650-781-8000
                Facsimile: 650-648-0705
                mark@javitchlawoffice.com
                *Attorney for Plaintiff*

                SQUIRE PATTON BOGGS (US) LLP

                By: /s/ Eric J. Troutman
                Eric J. Troutman
                Attorneys for Defendants
                ALL STAR GENERAL INSURANCE AGENCY, INC., FREEWAY INSURANCE SERVICES, INC., and SACRAMENTO AUTO INSURANCE CENTER, INC.

**Local Rule 5-1(i)(3) Attestation**

Although this stipulation representing more than one electronic signature is being filed under the ECF/CM login belonging solely to Mark L. Javitch, attorney for Plaintiff, Local Rule 5-1(i)(3) permits

the filer to attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Therefore, in accordance with LR 5-1(i)(3), I hereby attest that I have received permission from each signatory shown in this document to use their e-signature for the purposes of filing this document.

DATED: December 27, 2019

By: /s/ Mark L. Javitch