1 | Mark L. Javitch (CA SBN 323729)
2 | Javitch Law Office
3 | 480 S. Ellsworth Ave.
4 | San Mateo, CA 94401
5 | Telephone: 650-781-8000
6 | Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JOANNA CHENG | Case No.: 3:19-cv-02352-JD |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| ALL STAR GENERAL INSURANCE AGENCY, INC., a California corporation, FREEWAY INSURANCE SERVICES, INC., a California corporation, SACRAMENTO AUTO INSURANCE CENTER, INC., a California corporation, et. al., MANAGED CARE, INC. d/b/a GALAXY HEALTH NETWORK, an unknown business entity, AMERICAN WORKERS INSURANCE SERVICES, INC., A Texas corporation, JOHN DOE 1, an unknown business entity | |
| Defendants. | |

Now Comes Plaintiff, in her individual capacity, pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses Defendant AMERICAN WORKERS INSURANCE SERVICES, INC., DATA PARTNERSHIP GROUP, LP and DENTAL SOURCE HOLDINGS, INC., without prejudice.

1

Dated: December 27, 2019

Respectfully submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*